

**Transferred case has been opened**
njdefiling   to: InterdistrictTransfer_WAWD                     12/14/2017 05:50 AM

Follow Up:          Urgent Priority.

CASE: 2:17-cv-00803

DETAILS: Case transferred from Washington Western
has been opened in District of New Jersey [LIVE]
as case 3:17-cv-13066, filed 12/14/2017.